934

No. 99–425.  WALLACE v. STIEHL, SENIOR JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS.  C. A. 7th Cir.  Certiorari denied.

No. 99–5063.  NICHOLS v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 99–5137.  SEARS v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 99–5236.  BEUKE v. OHIO.  Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 99–5242.  IHU, AKA IHUBOYE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–5253.  CHARLES v. APFEL, COMMISSIONER OF SOCIAL SECURITY.  C. A. 5th Cir.  Certiorari denied.

No. 99–5354.  WRIGHT v. HALEY, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 99–5402.  BATTLE v. BRUTON, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 99–5508.  PESEK v. WISCONSIN DEPARTMENT OF HEALTH AND FAMILY SERVICES.  Ct. App. Wis.  Certiorari denied.

No. 99–5528.  MASON v. HAGERSTOWN POLICE DEPARTMENT ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 99–5540.  McBROOM v. BOB-BOYD LINCOLN MERCURY, INC.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 99–5544.  JONES v. MINNESOTA MINING & MANUFACTURING CO. ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 99–5545.  JONES v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 99–5558.  BROWN v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.